Motion Granted
2-19-15

PD-1070-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 8:53:42 PM
Accepted 2/19/2015 10:51:25 AM
ABEL ACOSTA
CLERK

## PD 1070-14

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

## ADRIAN BRONCHA ALEXANDER

FILED IN
COURT OF CRIMINAL APPEALS

February 19, 2015

ABEL ACOSTA, CLERK

## VS.

## THE STATE OF TEXAS

**On Appeal from the Tenth Court of Appeals**
**Waco, Texas**
**10-12-00281-CR**

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

## TO THE HONORABLE JUDGES OF SAID COURT:

### I.

COMES NOW, Appellant in the above styled case, and makes and files this his request for an extension of time to file his Motion for Rehearing and would show unto the Court the following:

Court Below:                                    Tenth Court of Appeals

Cause Number Below:                             10-12-00281-CR

1

Date Petition for Discretionary
Review Refused:                                    1-14-15

Present Deadline for Filing Appellant's
Motion for Rehearing:                              2-17-2015

Days requested for this extension:                 2 days

Date to which extension is requested:              2-19-15

Number of extensions
previously granted:                                2

## I.

The Appellee's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Charles W. McDonald, the attorney signing this motion, T.R.A.P. 10.5(b), namely:

## II.

Counsel was unexpectedly subpoenaed today to testify in a case in McLennan County. Additionally, continued extensive interior and exterior repair following severe water damage to counsel's office has delayed my ability to get work out. It rained before the roof was completely finished, causing further damage. Counsel respectfully requests an additional day to file Appellant's Motion for Rehearing. The motion is partially completed. By previous agreement, this motion is unopposed by opposing counsel.

## III.

WHEREFORE, this Attorney for the Appellant prays that the Court grant this motion and extend the time and deadline for the filing

2

of Appellant's Motion for Rehearing, or the Court grant such additional time as is just and proper.

Respectfully submitted,

/s/ Charles W. McDonald

Charles W. McDonald
2024 Austin Avenue
Waco, Texas      76701
Phone:  (254) 752-9901
Fax: (254) 754-1466
SBOT NO. 1353880

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served upon the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas, 78711, and Abelino "Abel" Reyna, McLennan County Criminal District Attorney, 219 N. Sixth Street, Suite 200, Waco, Texas 76701-1363, as allowed by rule and law, this 17th day of February, 2015.

/s/ Charles W. McDonald
Charles W. McDonald